## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANA PAULA MONTEIRO,<br><br>  Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC,<br><br>  Defendant. | Case No.: 1:23-cv-00353-JJM-PAS |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Ana Paula Monteiro and Defendant HireRight, LLC have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

| | |
|---|---|
| Dated: July 3, 2024 | */s/ Levi Y. Eidelman*<br>Levi Y. Eidelman<br>*admitted pro hac vice*<br>**CONSUMER ATTORNEYS**<br>300 Cadman Plaza West, 12th Floor, Suite 12049<br>Brooklyn, NY 11201<br>T: (718) 360-0763<br>E: leidelman@consumerattorneys.com<br><br>*/s/ Matthew McKenna*<br>Matthew McKenna, Esq., #10320<br>**SHIELD LAW, LLC**<br>157 Belmont Street<br>Brockton, MA 02301<br>T: (508) 588-7300<br>F: (508) 588-7303<br>E: matt@shieldlaw.com<br><br>*Attorneys for Plaintiff Ana Paula Monteiro* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart