IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANA PAULA MONTEIRO,<br><br>                       Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC,<br><br>                       Defendant. | Case No.: 1:23-cv-00353-JJM-PAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ana Paula Monteiro and Defendant HireRight, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice.

//

1

Respectfully submitted this 9th day of August 2024.

| | |
|---|---|
| */s/ Levi Y. Eidelman* <br> Levi Y. Eidelman* <br> **CONSUMER ATTORNEYS** <br> 300 Cadman Plaza West <br> 12th Floor, Suite 12049 <br> Brooklyn, NY 11201 <br> T: (718) 360-0763 <br> E: leidelman@consumerattorneys.com | */s/ Sheri L. Pizzi* <br> Sheri L. Pizzi <br> Taino J. Palermo, #10675 <br> **BARTON GILMAN LLP** <br> One Financial Plaza, 18th Floor <br> Providence, RI 02903 <br> T: (401) 273-7171 <br> E: spizzi@bglaw.com; tpalermo@bglaw.com |
| */s/ Matthew McKenna* <br> Matthew McKenna, Esq., #10320 <br> **SHIELD LAW, LLC** <br> 157 Belmont Street <br> Brockton, MA 02301 <br> T: (508) 588-7300 <br> F: (508) 588-7303 <br> E: matt@shieldlaw.com <br><br> *Attorneys for Plaintiff Ana Paula Monteiro* <br><br> * Admitted *pro hac vice* | Leah A. Tedford* <br> Layal Issa Ramirez* <br> **MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP** <br> 1735 Market Street, 20th Floor <br> Philadelphia, PA 19103 <br> T: (215) 772-1500; (215) 772-7287 <br> E: ltedford@mmwr.com; lramirez@mmwr.com <br><br> *Counsel for Defendant HireRight, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart